**Order entered October 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00995-CR

**COURTNEY EARLENE SHANNON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2011-1-1161**

## ORDER

The Court **GRANTS** appellant's October 4, 2013 motion to extend time to file her brief only to the extent that we **ORDER** appellant to file her brief within **THIRTY DAYS** of the date of this order.

/s/    LANA MYERS
         JUSTICE